Robert C Weems (SBN 148156)
WEEMS LAW OFFICES
526 3rd St., Ste. A-2
San Rafael, CA 94901
Ph: 415.881.7653
Fx: 866.610.1430
Email: rcweems@weemslawoffices.com

Attorney for Plaintiff,
        DAVID ALLEN KING

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ALLEN KING,<br><br>            Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | Case No. 2:23-cv-00116-KJN<br><br>STIPULATION AND ORDER RE MODIFICATION OF SCHEDULING ORDER [ECF No. 5] |

Subject to the approval and any further orders of the Court, the parties, by and through counsel of record, stipulate and agree that the scheduling order for Social Security cases in this action [ECF No. 5] should be modified. Plaintiff's time to move for summary judgment should be extended from 4/16/2023 to 5/16/2023, all other deadlines to be determined by reference to the Court's scheduling order, and that good cause supports the extension of time.

This is the parties first request for modification of the scheduling order. Good cause supporting the extension of the filing deadline includes Plaintiff's counsel has been unable to complete Plaintiff's motion for summary judgment to the professional standards of the Court, including inadvertent scheduling of a due date for May 1 instead of April 16 and requiring an extension to do so. This request is made jointly in good faith, without dilatory motive, and not for purposes of undue delay or to prejudice the interest of any party.

////

1          SO STIPULATED AND AGREED, April 25, 2023.

2    WEEMS LAW OFFICES                    PHILLIP A. TALBERT,
                                              United States Attorney
3                                         PETER K. THOMPSON
                                              Acting Regional Chief Counsel,
4                                             Region IX, Soc. Sec. Admin
                                          MICHAEL K. MARRIOTT
5                                             Sp. Asst. U.S. Attorney

6
     /s/Robert C. Weems          By:    /s/Michael K. Marriott
7    ROBERT C. WEEMS,                     MICHAEL K. MARRIOYY
                                          Sp. Asst. U.S. Attorney,
8    Attorney for Plaintiff               Attorney for Defendant
                                          (per email authorization)
9

10                              **ORDER**

11   SO ORDERED.

12   Dated:  April 26, 2023

13

14                                        KENDALL J. NEWMAN
                                          UNITED STATES MAGISTRATE JUDGE
15
     king.116
16

17

18

19

20

21

22

23

24

25

26

27

28